**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:23-cv-24208-KMM


NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

CFT NV DEVELOPMENTS, LLC, A
Florida Limited Liability Company, and
GC HOMESTEAD, INC. d/b/a DAIRY
QUEEN OF HOMESTEAD, a Florida
Corporation,

      Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, CFT NV DEVELOPMENTS, LLC and GC HOMESTEAD, INC. d/b/a DAIRY QUEEN OF HOMESTEAD, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this February 15, 2024.

1

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No. 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff*

/ s/  *Alex Ershock*
ALEX B/C/ ERSHOCK, ESQ.
Florida Bar No. 100220
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton, Boulevard, Suite 200
Boca Raton, Florida, 33431
Telephone: (561) 544-8900
E-mail address:  drl@pbl-law.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this February 15, 2024.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
jreyes@lawgmp.com

By:  */s/ Anthony J. Perez*____
      ANTHONY J. PEREZ

2