CASE NO.: 1:23-cv-24208-KMM

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

CFT NV DEVELOPMENTS, LLC, A
Florida Limited Liability Company, and
GC HOMESTEAD, INC. d/b/a DAIRY
QUEEN OF HOMESTEAD, a Florida
Corporation,

      Defendants.

_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendants, CFT NV DEVELOPMENTS, LLC and GC HOMESTEAD, INC. d/b/a DAIRY QUEEN OF HOMESTEAD, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on March 18, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | / s/ *Alex Ershock* |
| ANTHONY J. PEREZ | ALEX B/C/ ERSHOCK, ESQ. |
| Florida Bar No. 535451 | Florida Bar No. 100220 |
| GARCIA-MENOCAL & PEREZ, P.L. | PADULA BENNARDO LEVINE, LLP |
| 350 Sevilla Avenue, Suite 200 | 3837 NW Boca Raton, Boulevard, Suite 200 |
| Coral Gables, Fl 33134 | Boca Raton, Florida, 33431 |
| Telephone: (305) 553- 3464 | Telephone: (561) 544-8900 |

Email:  ajperez@lawgmp.com          E-mail address:  drl@pbl-law.com
*Counsel for Plaintiff*                          *Attorneys for Defendants*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the

Court's electronic filing system upon all parties of record on March 18, 2024.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  bvirues@lawgmp.com;
aquezada@lawgmp.com


By: ___*/s/ Anthony J. Perez*_____
　　　　ANTHONY J. PEREZ
　　　　Florida Bar No.: 535451